Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of ____Illinois____

In re __MORGAN, ALYX__,
Debtor

Case No. __08-5724__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __260-__    Check one  ☒ With the filing of the petition, or
                            ☐ On or before _____

   $ __14-__    on or before __3/13/08__

   $ _____ on or before _____

   $ _____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney       Date

Signature of Debtor: /s/ Alyx Morgan    Date: 3/11/08
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____   _____
Signature of Joint Debtor (if any)   Date

MAR 1 1 2008

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 1 1 2008

KENNETH S. GARDNER, CLERK
PS REP. - RD