UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05724
    ALYX MORGAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7455

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 03/11/2008 and was not confirmed.

      The case was dismissed without confirmation 05/07/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 202.83 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 906.80 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 12783.52 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 520.74 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 17716.68 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19338.70 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3943.81 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05724 ALYX MORGAN

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 08 B 05724 ALYX MORGAN